

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADR
F. #2025R00082

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2025

<u>By E-mail</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Sharon Gohari
             <u>Magistrate Docket No. 25-172</u>

Dear Judge Kuo:

      The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter. The defendant has been arrested and there is no longer a need for these documents to remain under seal.

                                    Respectfully submitted,

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney

                      By:    <u>/s/                  </u>
                                    Andrew D. Reich
                                    Assistant U.S. Attorney
                                    (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)

ADR
F. #2025R00082

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHARON GOHARI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

25-MJ-172

    Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Reich, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

    WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           May 21, 2025

*Marcia M. Henry*
HONORABLE ~~PEGGY KUO~~ MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE EASTERN
DISTRICT OF NEW YORK