**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

August 23, 2025

By ECF and Email
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Sharon Gohari, 25-cr-183 (AMD)

Dear Judge Donnelly:

I write to respectfully request that the status conference currently scheduled for August 26 at 11:00am be rescheduled for 1:00pm the same day. I make this request because I have a sentencing before Judge Chen at 10:30am that morning. In the alternative I would request that the status conference be rescheduled to a different day that is convenient for the Court and parties, and that the Court exclude speedy trial time to permit continued discovery review and disposition discussions.

Thank you for your consideration of this request.

Respectfully Submitted,

     /s/
Samuel Jacobson
Assistant Federal Defender

cc:   all counsel of record (by ECF)