

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADR
F. #2025R00082

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 4, 2025

By Email and ECF

Samuel Jacobson, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

> Re:  United States v. Sharon Gohari
>      Criminal Docket No. 25-183 (AMD)

Dear Counsel:

Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being provided pursuant to the Stipulation and Order entered by the Court on June 12, 2025, *see* ECF No. 13 (the "Protective Order").  The government also requests reciprocal discovery from the defendant.

The discovery consists of an extraction of chat conversations from the defendant's phone, Bates-numbered SG_000504.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/_____
      Andrew D. Reich
      Assistant U.S. Attorney
      (718) 254-6452

Enclosures

cc:   Clerk of the Court (AMD) (by ECF) (without enclosures)