

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADR
F. #2025R00082

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2025

By Email and ECF

Samuel Jacobson, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

    Re: United States v. Sharon Gohari
       Criminal Docket No. 25-183 (AMD)

Dear Counsel:

    Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being provided pursuant to the Stipulation and Order entered by the Court on June 12, 2025, *see* ECF No. 13 (the "Protective Order"). The government also requests reciprocal discovery from the defendant. The discovery consists of forensic images of two thumb drives and a SIM card recovered from the defendant's residence, Bates-numbered SG_000505 – SG_000507.

                Very truly yours,

                JOSEPH NOCELLA, JR.
                United States Attorney

         By:  /s/
             Andrew D. Reich
             Assistant U.S. Attorney
             (718) 254-6452

Enclosures

cc:  Clerk of the Court (AMD) (by ECF) (without enclosures)