# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

April 28, 2026

By ECF and Email
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    United States v. Sharon Gohari, 25-cr-183 (AMD)

Dear Judge Donnelly:

     I write to advise the Court that the parties have reached an agreement on a resolution in this matter. Accordingly, the parties respectfully request the Court schedule a change of plea hearing for May 12 at 10:00a.m.

     Thank you for your consideration of this request.

Respectfully Submitted,

    /s/

Samuel Jacobson
Assistant Federal Defender

cc:    all counsel of record (by ECF)