ADR
F. #2025R00082

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SHARON GOHARI,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 25-183 (AMD)

      PLEASE TAKE NOTICE that the undersigned will move this Court for leave to

file an information upon the defendant SHARON GOHARI's waiver of indictment pursuant to

Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
         May 11, 2026

                        JOSEPH NOCELLA, JR.
                        United States Attorney
                        Eastern District of New York
                        271 Cadman Plaza East
                        Brooklyn, New York 11201

             By:    ___/ Andrew D. Reich_____
                        Andrew D. Reich
                        Assistant United States Attorney
                        (718) 254-6452

Cc:    Clerk of the Court
       Samuel Jacobson, Esq.